UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ISAAC KIGONDU KINITI, et al.,**<br>                                  Plaintiff,<br>v.<br>**JULIE S. MYERS, et al.,**<br>                                  Defendants. | CASE NO. 05cv1013 DMS (PCL)<br><br>**ORDER REGULATING TELEPHONIC ATTENDANCE AT THE OCTOBER 10, 2007 CASE MANAGEMENT CONFERENCE** |

On September 28, 2007, Defendants Corrections Corporation of America, Howard and Easterling filed a request asking that the Court permit Defendants' party representative to participate in the Case Management Conference ("CMC") telephonically. (Doc. No. 123.) The Federal Defendants have also filed a request asking that their party representative be permitted to attend the CMC by telephonic conference call. (Doc. No. 127.) All parties, representatives of the parties, and the parties' attorneys may attend the Case Management Conference telephonically. <u>However, each party shall have an attorney who represents their interests appear in person for the CMC at the courthouse (2003 W. Adams Ave Suite 220, El Centro, CA 92243)</u>.

Plaintiffs shall initiate the conference call, attach everyone who wishes to participate telephonically, and only then call the Court. The parties should coordinate between themselves to insure that no would-be telephonic participant is omitted from the conference call.

DATED: October 5, 2007

Peter C. Lewis
U.S. Magistrate Judge
United States District Court

cc: The Honorable Dana M. Sabraw
    All Counsel of Record

1

05cv1013 DMS